Case 4:22-cv-07622-JST   Document 26   Filed 05/09/23   Page 1 of 1

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELITE DETAILED CLEANING INC., <br><br> Plaintiff, <br><br> v. <br><br> BASS PRO, LLC, et al., <br><br> Defendants. | Case No. 22-cv-07622-JST <br><br> **ORDER OF DISMISSAL UPON SETTLEMENT** <br><br> Re: ECF No. 25 |

The parties have informed the Court that they have settled "all matters in controversy." ECF No. 25 at 1. Accordingly, any scheduled hearings or deadlines are vacated, and this matter is dismissed with prejudice. The Clerk shall close the file.

This order will be vacated if any party, after meeting and conferring with opposing parties, files a notice that settlement has not occurred within 30 days of the date of this order.

**IT IS SO ORDERED**.

Dated: May 9, 2023



JON S. TIGAR
United States District Judge